# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | CHAPTER 13<br>Bankruptcy No. |
| Tanya M. Rogers | 20–00283 |
| Debtor(s) | |

## NOTICE SETTING TELEPHONIC HEARING
## ON DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY AND REQUEST FOR EXPEDITED HEARING (DOC. 3)

TO:

| | |
|---|---|
| Derek N.W. Hong, Attorney for Debtor(s) | 319–294–5853 |
| United States Trustee | |
| Christopher Loftus, Attorney for Central State Bank | 319–366–7641 |

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

**March 6, 2020 at 02:45 PM**

*ATTORNEY FOR DEBTOR IS TO INITIATE THE TELEPHONE CALL.* Parties should be ready and available to accept said call. The telephone number for Chambers is 319–286–2230.

*NOTE:* THIS HEARING WILL BE DIGITALLY RECORDED.

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*/s/ Danielle Cripe*

Date: March 2, 2020

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101