UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| IN RE: TANYA M ROGERS | CASE NO: 20-00283 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/2/2020, I did cause a copy of the following documents, described below,

Motion to Impose Automatic Stay and Expedite Hearing

Notice Setting Telephonic Hearing on Debtor's Motion to Impose Automatic Stay and Request for Expedited Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/2/2020

/s/ Derek Hong
Derek Hong  AT0009118
Hong Law, PLC
425 Second St SE, Ste 950
Cedar Rapids, IA  52401
319 294 5853

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: TANYA M ROGERS | CASE NO: 20-00283 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 3/2/2020, a copy of the following documents, described below,

Motion to Impose Automatic Stay and Expedite Hearing

Notice Setting Telephonic Hearing on Debtor's Motion to Impose Automatic Stay and Request for Expedited Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/2/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Derek Hong
Hong Law, PLC
425 Second St SE, Ste 950
Cedar Rapids, IA 52401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
08621
CASE 20-00283
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS
MON MAR 2 14-04-35 CST 2020

AFNI INC
1310 MARTIN LUTHER KING DRIVE
PO BOX 3068
BLOOMINGTON IL 61702-3068

AWA COLLECTIONS
ATTN BANRKUPTCY
100 CHURCH STREET
DICKSON TN 37055-1826

AWA COLLECTIONS
P O BOX 6605
ORANGE CA 92863-6605

BILLS PLUMBING
703 S DUBUQUE ST
IOWA CITY IA 52240

CAPITAL ONE
ATTN BANKRUPTCY
6125 LAKEVIEW RD SUITE 800
CHARLOTTE NC 28269-2605

CENTRAL STATE BANK
CO CHRISTOPHER LOFTUS ATTORNEY
115 THIRD ST SE STE 1200
CEDAR RAPIDS IA 52401-1222

CNAC   IA111
3837 1ST AVE SE
CEDAR RAPIDS IA 52402-5602

CREDENCE RESOURCE MANAGEMENT
PO BOX 1253
SOUTHGATE MI 48195-0253

CREDIT BUREAU SERVICES OF IOWA INC
ATTN BANKRUPTCY
1306 SOUTH 7TH STREET
OSKALOOSA IA 52577-4114

DIRECTV
PO BOX 105249
ATLANTA GA 30348-5249

ENT MEDICAL SERVICES
2615 NORTHGATE DR
IOWA CITY IA 52245-9565

ENDODONTIC ASSOCIATES
2781 OAKDALE BLVD STE 1
CORALVILLE IA 52241-9751

H  R ACCOUNTS INC
ATTN BANKRUPTCY
PO BOX 672
MOLINE IL 61266-0672

H  R ACCOUNTS INC
PO BOX 672
MOLINE IL 61266-0672

HAUSERS WATER SYSTEMS
PO BOX 28
MANCHESTER IA 52057-0028

HAWKEYE ADJUSTMENT SRVS
ATTN BANKRUPTCY
PO BOX 716
SIOUX CITY IA 51102-0716

~~EXCLUDE~~
~~DEREK NW HONG~~
~~HONG LAW PLC~~
~~425 SECOND ST SE SUITE 950~~
~~CEDAR RAPIDS IA 52401-1013~~

IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

JOHNSON COUNTY DISTRICT COURT
CLERK OF COURTS
417 S CLINTON ST
IOWA CITY IA 52240-4108

KUHL PHILLIPS  JANS
2401 CORAL CT STE 2
CORALVILLE IA 52241-2889

LEFF LAW FIRM
222 SOUTH LINN ST
IOWA CITY IA 52240-1601

MEARDON SUPPEL  DOWNER PLC
122 SOUTH LINN ST
IOWA CITY IA 52240-1830

MERCY IOWA CITY
PO BOX 3130
IOWA CITY IA 52244-3130

MERCY MEDICAL CENTER
4625 6TH ST SW STE 2
CEDAR RAPIDS IA 52404-4445

MERCY MEDICAL CENTER
701 10TH ST SE
CEDAR RAPIDS IA 52403-1292

MERCY MEDICAL CENTER
PO BOX 1824
CEDAR RAPIDS IA 52406-1824

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MERCY MEDICAL CENTER
PAYMENT PROCESSING CENTER   PMD
10604 JUSTIN DR
DES MOINES IA 50322-3755

RADIOLOGIC MEDICAL SERVICES
2769 HEARTLAND DR STE 307
CORALVILLE IA 52241-2732

REGINA AMPM PROGRAM
2140 ROCHESTER AVE
IOWA CITY IA 52245-3527


DEBTOR
TANYA M ROGERS
616 REDBIRD RUN
TIFFIN IA 52340-9434

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH TX 76161-0244

SOUTH SLOPE COOPERATIVE COMMUNICATIONS
980 N FRONT ST
PO BOX 19
NORTH LIBERTY IA 52317-0019


STONELEIGH RECOVERY ASSOCIATES
PO BOX 1479
LOMBARD IL 60148-8479

SURGICAL SERVICES
510 E BLOOMINGTON ST
IOWA CITY IA 52245-2803

THE BUREAUS INC
ATTN BANKRUPTCY
650 DUNDEE RD STE 370
NORTHBROOK IL 60062-2757


TOWN SQUARE DERMATOLOGY
1100 6TH ST 202
CORALVILLE IA 52241-1757

USAA CLAIMS SERVICE
PO BOX 33490
SAN ANTONIO TX 78265-3490

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~UNITED STATES FEDERAL COURTHOUSE~~
~~111 7TH AVENUE SE BOX 17~~
~~CEDAR RAPIDS IA 52401-2103~~


UNIV IA CU
ATTN BANKRUPTCY
PO BOX 800
NORTH LIBERTY IA 52317-0800

UNIVERSITY OF IOWA COLLEGE OF DENTISTRY
801 NEWTON RD
IOWA CITY IA 52242

UNIVERSITY OF IOWA HEALTH CARE
PATIENT FINANCIAL SERVICES
2100 UNIVERSITY CAPITOL CENTRE
IOWA CITY IA 52242-5500